UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **FALAYA, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:25-cv-00088-SDJ |

## AFFIDAVIT OF SERVICE

I, Kitty Estes, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 3, 2025, at 4:36 pm. I delivered these documents to Falaya, LLC in Dallas County, TX on February 4, 2025 at 9:32 am at 1999 Bryan Street, suite 900, Dallas, TX 75201 by leaving the following documents with Zachary Rouse who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Falaya, LLC.

Summons, Complaint, and Civil Cover Sheet

White Male, est. age 35-44, glasses: Y, Red hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=32.7851540333,-96.79723625
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Kitty Estes, I am 18 years of age or older, and my address is 1722 Elmwood Blvd, Dallas, TX 75224, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Dallas County ,  TX  on  2/6/2025 .

/s/ *Kitty Estes*

Kitty Estes
+1 (469) 363-7073
Certification Number: PSC-19289
Expiration Date: 12/31/2026



