UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated,** | § § § § | |
| Plaintiff, | § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:25-cv-00088-SDJ** |
| **FALAYA, LLC,** | § § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Defendant Falaya, LLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). Having considered the Motion, the response, if any, arguments of counsel, and the law, the Court finds there is good cause to **GRANT** the Motion. It is therefore:

**ORDERED** that the time for Defendant Falaya, LLC to file an answer or otherwise respond to Plaintiff's Complaint (Dkt. 1) is hereby **EXTENDED** to March 27, 2025.

ORDERED AND SIGNED this _____ day of _____, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE