UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH ANN COLLINS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-88-SDJ |
| | § | |
| FALAYA, LLC | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Complaint. (Dkt. #4). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Original Complaint, (Dkt. #1), is extended to **March 27, 2025**.

**So ORDERED and SIGNED this 26th day of February, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE