UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated,<br>　　　Plaintiff,<br><br>v.<br><br>FALAYA, LLC,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ C.A. NO. 4:25-cv-00088-SDJ<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Defendant Falaya, LLC ("Falaya") gives notice to the Court and to counsel for all parties that Harris Golden of Phelps Dunbar LLP (Louisiana Bar No. 38468, harris.golden@phelps.com, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130, phone 504-566-1311, facsimile 504-568-9130) has appeared as additional counsel of record for Defendant Falaya. Harris Golden will serve as lead counsel.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:　*/s/ Harris Golden*
　　　Harris Golden
　　　Louisiana Bar No. 38468
　　　365 Canal Street, Suite 2000
　　　New Orleans, Louisiana 70130
　　　Telephone: 504-566-1311
　　　Facsimile: 504-568-9130
　　　harris.golden@phelps.com

　　　**ATTORNEY IN-CHARGE FOR DEFENDANT FALAYA, LLC**

PD.53495816.1

Of Counsel:
**PHELPS DUNBAR LLP**
Brandon A. O'Quinn
Texas Bar No.: 24092914
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Facsimile: 713-626-1388
brandon.oquinn@phelps.com

## Certificate of Service

      I certify that on this 18th day of September, 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record in this proceeding.

                                                              */s/ Brandon A. O'Quinn*
                                                              *Brandon A. O'Quinn*