UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH ANN COLLINS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-88-SDJ |
| | § | |
| FALAYA, LLC | § | |

## ORDER

The Court, having considered the parties' Joint Motion for Continuance of Deadlines, (Dkt. #12), finds that it should be **GRANTED**.

It is therefore **ORDERED** that the motion is **GRANTED**. The Court will separately issue an amended Order Governing Proceedings.

**So ORDERED and SIGNED this 19th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE