IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated, | :<br>: CIVIL ACTION FILE NO.<br>:<br>: 4:25-cv-88 |
| Plaintiff, | :<br>: **COMPLAINT – CLASS ACTION** |
| v. | : |
| FALAYA, LLC | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Deborah Ann Collins ("Plaintiff") and Defendant Falaya LLC ("Defendant") (collectively the "Parties"), by and through counsel file their Notice of Settlement and state the following:

1. The Parties recently reached a settlement in this matter.

2. The Parties anticipate filing a stipulation of dismissal within 60 days.

AGREED AS TO FORM AND CONTENT, AND RESPECTFULLY SUBMITTED this 13th day of October, 2025:

| | |
|---|---|
| */s/ Andrew Roman Perrong* <br> Andrew Roman Perrong, Esq. <br> Perrong Law LLC <br> 2657 Mount Carmel Avenue <br> Glenside, Pennsylvania 19038 <br> Phone: 215-225-5529 (CALL-LAW) <br> Facsimile: 888-329-0305 <br> a@perronglaw.com | */s/ Brandon A. O'Quinn* <br> Brandon A. O'Quinn <br> PHELPS DUNBAR LLP <br> 910 Louisiana Street, Suite 4300 <br> Houston, Texas 77002 <br> Telephone: 713-626-1386 <br> Facsimile: 713-626-1388 <br> brandon.oquinn@phelps.com |
| ***COUNSEL FOR PLAINTIFF*** | ***COUNSEL FOR DEFENDANT*** |

1