UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated, | § § § § | |
| v. | § § | CIVIL NO. 4:25-CV-00088-SDJ |
| FALAYA, LLC | § § | |

## ORDER ON CLOSING DOCUMENTS

The Court has received the parties' Notice of Settlement. (Dkt. #16). In the motion, the parties indicate that they anticipate filing a stipulation of dismissal within 60 days. After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that on or before **December 15, 2025**, the parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the parties must file a joint report by **December 19, 2025**, concerning the status of settlement.

So ORDERED and SIGNED this 14th day of October, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE