## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| | : | 4:25-cv-88 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FALAYA, LLC | : | |
| | : | |
| Defendant. | : | |

/

## <u>JOINT STATUS REPORT</u>

Plaintiff Deborah Ann Collins and Defendant Falaya, LLC (collectively, the "Parties")

file this Joint Status Report and respectfully advise the Court as follows:

1. The Parties have executed a settlement agreement resolving this matter.

2. The Parties anticipate that, upon full performance of all obligations under the settlement agreement, they will file a dismissal no later than January 13, 2026.

3. The Parties submit this report to update the Court regarding the status of settlement and do not anticipate any action being needed other than noting the anticipated dismissal deadline above.

RESPECTFULLY SUBMITTED AND DATED this December 19, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

By: */s/ Brandon O'Quinn*
PHELPS DUNBAR LLP
Brandon A. O'Quinn
Texas Bar No.: 24092914
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Facsimile: 713-626-1388
brandon.oquinn@phelps.com