IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>FALAYA, LLC<br><br>　　Defendant. | CIVIL ACTION FILE NO.<br><br>4:25-cv-88<br><br>**COMPLAINT – CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DEBORAH ANN COLLINS gives notice that her individual claims in this action against Defendant FALAYA, LLC, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this January 1 2026.

　　　　　　　　　　　　　　　　　　s/ Andrew Roman Perrong
　　　　　　　　　　　　　　　　　　Andrew Roman Perrong
　　　　　　　　　　　　　　　　　　a@perronglaw.com
　　　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　　　Glenside, PA  19038
　　　　　　　　　　　　　　　　　　Telephone: 215-225-5529
　　　　　　　　　　　　　　　　　　*Lead attorney for Plaintiff and the Proposed Class*