UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH ANN COLLINS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-88-SDJ |
| | § | |
| FALAYA, LLC | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Dkt. #21). Federal Rule of Civil Procedure 41(a)(1)(A)(i) does not permit such a "notice of dismissal" after the defendant has answered. Because Defendant Falaya, LLC has answered, (Dkt. #8), Collins may either jointly file a stipulation of dismissal signed by all parties who have appeared under Rule 41(a)(1)(A)(ii) or file a motion asking the Court to dismiss the case under Rule 41(a)(2).

It is therefore **ORDERED** that Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. #21), is **STRICKEN**.

**So ORDERED and SIGNED this 6th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE