# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. |
| Plaintiff, | 4:25-cv-88 |
| v. | **COMPLAINT – CLASS ACTION** |
| FALAYA, LLC | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DEBORAH ANN COLLINS and Defendant FALAYA, LLC, hereby stipulate to voluntarily dismiss this the Plaintiff's claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this January 6, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
Telephone: 215-225-5529
Lead attorney for Plaintiff and the Proposed Class

/s/ Brandon A. O'Quinn
Brandon A. O'Quinn
**PHELPS DUNBAR LLP**
Texas Bar No. 24092914
1001 Fannin St., Ste. 2200
Houston, Texas 77002
Telephone: 713-626-1386
Facsimile: 713-626-1388
brandon.oquinn@phelps.com
**Attorney for Defendant Falaya, LLC**